# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| VIVORTE, INC., | Case No. 24-cv-1040 (DWF/DLM) |
| Plaintiff, | |
| vs. | **NOTICE OF HEARING ON DEFENDANT'S MOTION TO STAY PROCEEDINGS** |
| JAGI GILL, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Defendant Jagi Gill, by and through counsel, will bring his Motion to Stay Proceedings before the Honorable Douglas L. Micko, United States Magistrate Judge, United States District Court for the District of Minnesota, on July 10, 2024 at 9:00AM, or as soon thereafter as counsel may be heard, in Courtroom 6B of the United States Courthouse, 316 N. Robert Street, St. Paul, MN 55101. Defendant's motion, memorandum, and other motion papers will be filed in accordance with Local Rule 7.1 and the Court's Pretrial Scheduling Order (Dkt. 20).

Dated: June 21, 2024

**CROSSCASTLE PLLC**

By: *s/ Samuel W. Diehl*
Samuel W. Diehl (#388371)
Christopher R. Johnson (#0402005)
14525 Highway 7, Ste 345
Minnetonka, MN 55345
P: (612) 429-8100
F: (612) 234-4766
sam.diehl@crosscastle.com
christopher.johnson@crosscastle.com

***ATTORNEYS FOR DEFENDANT JAGI GILL***

4857-8720-8135, v. 4