IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIVORTE, INC., § | |
|    *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 24-CV-1040 (DWF/DLM) |
| § | |
| JAGI GILL, § | |
|    *Defendant*. § | |

### Vivorte's Word Count Certification in Support of the Memorandum of Law in Support of the Motion to Compel Discovery and Sanction Defendant

I certify that Vivorte's Memorandum of Law in Support of the Motion to Compel Discovery and Sanction Defendant complies with the word limits in LR 7.1(f) and with the type-size limit of LR 7.1(h). The memorandum contains 3219 words according to Microsoft® Word for Microsoft 365 MSO (Version 2411 Build 16.0.18227.20082).

Respectfully submitted,

MURPHY BALL STRATTON LLP

*/s/ Rick Houghton*
Richard Houghton, *pro hac vice*
Land Murphy, *pro hac vice*
1001 Fannin, Suite 720
Houston, Texas 77002
(412) 721-7482
rhoughton@mbssmartlaw.com
lmurphy@mbssmartlaw.com

**ATTORNEYS FOR PLAINTIFF VIVORTE, INC.**

## **CERTIFICATE OF SERVICE**

I served this document by CM/ECF on all counsel of record on December 13, 2024.

*/s/ Land Murphy*

Land Murphy