# Exhibit 3

**Quinn Murphy**

| | |
|---|---|
| **From:** | Rick Houghton <rhoughton@mbssmartlaw.com> |
| **Sent:** | Monday, November 18, 2024 9:52 AM |
| **To:** | Sam Diehl |
| **Cc:** | Christopher Johnson; Land Murphy |
| **Subject:** | RE: Vivorte v. Gill |

Following up on this, Sam. Please let us know when Gill is available for deposition during the week of December 9, 2024.

Also, please advise when you are available to conference on your discovery responses. I'll send an email shortly outlining the deficiencies that we believe are present. I am available during the following dates/times: 11/21 (9am-11am; 2pm-4pm), 11/22 (generally available), 11/25 (10am-12pm), or 11/26 (11am-12pm, 1pm-4pm).

Thanks,
Rick

**From:** Rick Houghton
**Sent:** Thursday, November 14, 2024 11:06 AM
**To:** Sam Diehl <sam.diehl@crosscastle.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** Vivorte v. Gill

Hi Sam,

Please advise when Mr. Gill is available for remote deposition during the week of December 9, 2024.

Thanks,
Rick

**Rick Houghton** | Partner
Murphy Ball Stratton LLP
c: 412.721.7482

Attorney-client privileged and confidential

1