# Exhibit 4

# Quinn Murphy

| | |
|---|---|
| **From:** | Rick Houghton <rhoughton@mbssmartlaw.com> |
| **Sent:** | Friday, November 22, 2024 3:02 PM |
| **To:** | Sam Diehl |
| **Cc:** | Christopher Johnson; Land Murphy |
| **Subject:** | RE: Vivorte v. Gill |

Sam,

On Monday, November 18, 2024, I emailed you asking for a date and time to conference on Gill's discovery responses. To date, you have not responded with any availability. I therefore write to conference via email.

Vivorte intends to move the Court to compel a complete response to Interrogatory No. 2, as well as the production of materials responsive to Requests for Production 9, 11, 12, 13, 14, 15, 16, and 18.

Gill's financial condition and net worth are relevant to Vivorte's claim for punitive damages. Thus, the materials sought in the requests identified above—which relate to Gill's financial condition and net worth—are discoverable.

Please promptly confirm (1) Gill's opposition to a motion to compel the requested materials, and (2) Gill's agreement to use the Court's IDR process.

Thanks,
Rick

**Rick Houghton** | Partner
Murphy Ball Stratton LLP
c: 412.721.7482

Attorney-client privileged and confidential

**From:** Sam Diehl <sam.diehl@crosscastle.com>
**Sent:** Wednesday, November 20, 2024 9:46 AM
**To:** Rick Houghton <rhoughton@mbssmartlaw.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** RE: Vivorte v. Gill

Rick,

I wanted to let you know that I am not ignoring your messages. I have been attempting to sort out a couple of scheduling conflicts or potential conflicts. I will get back to you later today or tomorrow.

Thanks,

Sam

**Samuel W. Diehl**
o: 612.429.8100
m: 612.432.6514



CROSS | CASTLE

**From:** Rick Houghton <rhoughton@mbssmartlaw.com>
**Sent:** Monday, November 18, 2024 11:48 AM
**To:** Sam Diehl <sam.diehl@crosscastle.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** RE: Vivorte v. Gill

Sam,

We intend to depose Mark Wagner on December 2, 3, 11, or 12.  Please advise which dates work for your side.

Thanks,
Rick Houghton

**From:** Rick Houghton
**Sent:** Monday, November 18, 2024 9:52 AM
**To:** Sam Diehl <sam.diehl@crosscastle.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** RE: Vivorte v. Gill

Following up on this, Sam.  Please let us know when Gill is available for deposition during the week of December 9, 2024.

Also, please advise when you are available to conference on your discovery responses.  I'll send an email shortly outlining the deficiencies that we believe are present.  I am available during the following dates/times: 11/21 (9am-11am; 2pm-4pm), 11/22 (generally available), 11/25 (10am-12pm), or 11/26 (11am-12pm, 1pm-4pm).

Thanks,
Rick

**From:** Rick Houghton
**Sent:** Thursday, November 14, 2024 11:06 AM
**To:** Sam Diehl <sam.diehl@crosscastle.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** Vivorte v. Gill

Hi Sam,

Please advise when Mr. Gill is available for remote deposition during the week of December 9, 2024.

Thanks,
Rick

**Rick Houghton** | Partner
Murphy Ball Stratton LLP
c: 412.721.7482

Attorney-client privileged and confidential