# Exhibit 7

**Rick Houghton**

| | |
|---|---|
| **From:** | Sam Diehl <sam.diehl@crosscastle.com> |
| **Sent:** | Tuesday, December 10, 2024 4:01 PM |
| **To:** | Land Murphy |
| **Cc:** | Christopher Johnson; Rick Houghton |
| **Subject:** | RE: Vivorte v. Gill |

We will review this case and respond further.

I note that your office just provided another production. Can you tell us if that production includes all documents related to Vivorte's Delaware lawsuit against Acumed, including any pleadings, discovery, settlement, deposition transcripts, or other documents? We will review as soon as we can, however, I thought you might be able to tell me.

Sincerely,
Sam

**Samuel W. Diehl**
o: 612.429.8100
m: 612.432.6514



**From:** Land Murphy <LMurphy@mbssmartlaw.com>
**Sent:** Tuesday, December 10, 2024 3:31 PM
**To:** Sam Diehl <sam.diehl@crosscastle.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Rick Houghton <rhoughton@mbssmartlaw.com>
**Subject:** Re: Vivorte v. Gill

Sam:

We disagree with your position, and this argument—newly raised for the first time today—is not appropriate for informal dispute resolution. We note that Defendant did not file a motion to dismiss on this ground and did not raise this objection in his discovery responses.

In any event, your argument has already been rejected by the presiding judge in this case. *Hormozi v. Neist Media LLC*, 2024 WL 4772462 (D. Minn. Nov. 13, 2024) (J. Frank). A copy of Judge Frank's opinion in *Hormozi* is attached. We urge you to abandon this rejected argument so that we are not required to burden the Court further with this matter.

Please let us know as soon as possible.

Thanks,
Land

**From:** Sam Diehl <sam.diehl@crosscastle.com>
**Sent:** Tuesday, December 10, 2024 2:52 PM

**To:** Rick Houghton <rhoughton@mbssmartlaw.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** RE: Vivorte v. Gill

Counsel,

We are willing to participate in the Court's informal discovery responses regarding Plaintiff's desire to compel a complete response to Interrogatory No. 2 and to produce materials responsive to Requests for Production 9, 11, 12, 13, 14, 15, 16, and 18. However, there is no basis for such a motion.

The only reason you have cited in support of a motion and the relevance of the responsive information and documents that Plaintiff would seek to compel is the information's alleged relevance to Plaintiff's purported claim for punitive damages. However, Plaintiff has not properly asserted a claim for punitive damages at this time.

Plaintiff's Amended Complaint could not properly assert a claim for punitive damages. Minn. Stat. § 549.191 prohibits plaintiffs from seeking punitive damages in a complaint at the outset of litigation. To bring a claim for punitive damages, Plaintiff was required to "make a motion to amend the pleadings to claim punitive damages" that includes the applicable legal and factual basis for the claimed damages. The statute governs Plaintiff's right to pursue punitive damages in this case. *See Inline Packaging, LLC v. Graphic Packaging International, LLC*, No. 15-cv-3183 (ADM/LIB), 2018 WL 9919941, at *7 (D.Minn. 2018); *Porous Media Corp. v. Pall Corp*., 173 F.3d 1109, 1118 (8th Cit. 1999). As you know, the Court's scheduling order set a deadline of July 12, 2024, for Plaintiff to file a motion seeking "to amend the pleadings to include punitive damages…" (Dkt. 20 p. 4.) Plaintiff did not do so.

For these reasons and for the reasons set forth in Defendant's objections, there is no basis for Plaintiff to compel production.

Sincerely,

Sam Diehl

**Samuel W. Diehl**
**o: 612.429.8100**
**m: 612.432.6514**



2

**From:** Rick Houghton
**Sent:** Friday, November 22, 2024 3:02 PM
**To:** 'Sam Diehl' <sam.diehl@crosscastle.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** RE: Vivorte v. Gill

Sam,

On Monday, November 18, 2024, I emailed you asking for a date and time to conference on Gill's discovery responses. To date, you have not responded with any availability. I therefore write to conference via email.

Vivorte intends to move the Court to compel a complete response to Interrogatory No. 2, as well as the production of materials responsive to Requests for Production 9, 11, 12, 13, 14, 15, 16, and 18.

Gill's financial condition and net worth are relevant to Vivorte's claim for punitive damages. Thus, the materials sought in the requests identified above—which relate to Gill's financial condition and net worth—are discoverable.

Please promptly confirm (1) Gill's opposition to a motion to compel the requested materials, and (2) Gill's agreement to use the Court's IDR process.

Thanks,

Rick

Rick Houghton | Partner
Murphy Ball Stratton LLP
c: 412.721.7482

Attorney-client privileged and confidential

3

**From:** Sam Diehl <sam.diehl@crosscastle.com>
**Sent:** Wednesday, November 20, 2024 9:46 AM
**To:** Rick Houghton <rhoughton@mbssmartlaw.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** RE: Vivorte v. Gill

Rick,

I wanted to let you know that I am not ignoring your messages. I have been attempting to sort out a couple of scheduling conflicts or potential conflicts. I will get back to you later today or tomorrow.

Thanks,

Sam

**Samuel W. Diehl**
o: 612.429.8100
m: 612.432.6514



**From:** Rick Houghton <rhoughton@mbssmartlaw.com>
**Sent:** Monday, November 18, 2024 11:48 AM
**To:** Sam Diehl <sam.diehl@crosscastle.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** RE: Vivorte v. Gill

Sam,

We intend to depose Mark Wagner on December 2, 3, 11, or 12. Please advise which dates work for your side.

Thanks,

Rick Houghton

4

**From:** Rick Houghton
**Sent:** Monday, November 18, 2024 9:52 AM
**To:** Sam Diehl <sam.diehl@crosscastle.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** RE: Vivorte v. Gill

Following up on this, Sam.  Please let us know when Gill is available for deposition during the week of December 9, 2024.

Also, please advise when you are available to conference on your discovery responses.  I'll send an email shortly outlining the deficiencies that we believe are present.  I am available during the following dates/times: 11/21 (9am-11am; 2pm-4pm), 11/22 (generally available), 11/25 (10am-12pm), or 11/26 (11am-12pm, 1pm-4pm).

Thanks,

Rick

**From:** Rick Houghton
**Sent:** Thursday, November 14, 2024 11:06 AM
**To:** Sam Diehl <sam.diehl@crosscastle.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Land Murphy <LMurphy@mbssmartlaw.com>
**Subject:** Vivorte v. Gill

Hi Sam,

Please advise when Mr. Gill is available for remote deposition during the week of December 9, 2024.

Thanks,

Rick

**Rick Houghton** | Partner
Murphy Ball Stratton LLP
c: 412.721.7482


Attorney-client privileged and confidential