# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIVORTE, INC., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § |
| | § CASE NO. 24-CV-1040 (DWF/DLM) |
| JAGI GILL, | § |
| | § |
| *Defendant*. | § |

## NOTICE OF DEPOSITION OF JAGI GILL

PLEASE TAKE NOTICE that, under the Federal Rules of Civil Procedure, Plaintiff Vivorte, Inc. will take the remote deposition of Defendant Jagi Gill before a notary public or other person authorized by law to administer oaths, on the 11th day of December, 2024, at 10:00 a.m. (prevailing Central time) through video conferencing services, and will continue day to day thereafter until complete. The deposition will be recorded stenographically and by video recording, and it will be taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under applicable and governing law.

Dated: November 22, 2024        Respectfully submitted,

                                               */s/ Land Murphy*

**MURPHY BALL STRATTON LLP**

Land Murphy (pro hac vice)
Texas Bar No. 24058010
lmurphy@mbssmartlaw.com
Rick Houghton (pro hac vice)
Texas Bar No. 24121678
rhoughton@mbssmartlaw.com
1001 Fannin, Suite 720
Houston, TX 77002
Tel: 412.721.7482

***ATTORNEYS FOR***
***PLAINTIFF VIVORTE, INC.***

### CERTIFICATE OF SERVICE

     I hereby certify that, on November 22, 2024, a true and correct copy of this document was served on all counsel of record via the following email addresses per the parties' agreement: sam.diehl@crosscastle.com and christopher.johnson@crosscastle.com.

                                              */s/ Land Murphy*
                                              Land Murphy