# Exhibit 10

 Outlook

---

**Vivorte v. Gill - Objection to Deposition Notice**

---

**From** Sam Diehl <sam.diehl@crosscastle.com>

**Date** Tue 12/10/2024 5:00 PM

**To** Land Murphy <LMurphy@mbssmartlaw.com>

**Cc** Christopher Johnson <christopher.johnson@crosscastle.com>; Rick Houghton
<rhoughton@mbssmartlaw.com>

📎 1 attachment (469 KB)

2024 12 10 Objection to Deposition Notice.pdf;

Counsel,

Please see the attached objection to Plaintiff's deposition notice.

Sincerely,

Sam Diehl

---

**Samuel W. Diehl**
**Managing Partner**

CROSS | CASTLE

o: 612.429.8100
m: 612.432.6514

14525 Highway 7, Suite 345
Minnetonka, MN 55345
www.crosscastle.com

This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.

Samuel W. Diehl
Managing Partner
p. 612.429.8100
sam.diehl@crosscastle.com

14525 Highway 7, Suite 345
Minnetonka, MN 55345

# CROSS | CASTLE

December 10, 2024

Garland "Land" Murphy                          ***Via Email Only***
Rick Houghton                                  lmurphy@mbssmartlaw.com
Murphy Ball Stratton LLP                       rhoughton@mbssmartlaw.com
1001 Fannin Street, Suite 720
Houston, TX 77002

      Re:    *Vivorte, Inc. v. Gill* – Objection to Deposition

Dear Counsel:

This letter is Defendant Jagi Gill's objection to the deposition notice served by Plaintiff Vivorte, Inc. Plaintiff previously deposed Defendant over two days on September 15 and October 12, 2023. No events that are potentially relevant to Plaintiff's claims in this action occurred after Plaintiff's 2023 deposition of Defendant.

Rule 30(d)(1) of the federal rules of Civil Procedure limits Plaintiff to one deposition of Defendant of up to seven hours unless the parties agree or the Court orders otherwise. Neither has occurred. Defendant will not appear for the noticed deposition. To the extent you are required to cancel a court reporter and incur any fee for such cancellation, please let us know.

Sincerely,

Samuel W. Diehl

4933-3040-7685, v. 1