# Exhibit 11

 Outlook

### Re: Vivorte v. Gill - Objection to Deposition Notice

**From** Land Murphy <LMurphy@mbssmartlaw.com>
**Date** Wed 12/11/2024 8:52 AM
**To** Sam Diehl <sam.diehl@crosscastle.com>
**Cc** Christopher Johnson <christopher.johnson@crosscastle.com>; Rick Houghton <rhoughton@mbssmartlaw.com>

Sam:
Mr. Gill's objection is improper. We request that Mr. Gill appear today for his deposition as noticed.

Regards,



**Land Murphy** | Partner
Murphy Ball Stratton LLP
1001 Fannin St., Suite 720
Houston, Texas 77002
C: 281.658.9060

---

**From:** Sam Diehl <sam.diehl@crosscastle.com>
**Sent:** Tuesday, December 10, 2024 5:00 PM
**To:** Land Murphy <LMurphy@mbssmartlaw.com>
**Cc:** Christopher Johnson <christopher.johnson@crosscastle.com>; Rick Houghton <rhoughton@mbssmartlaw.com>
**Subject:** Vivorte v. Gill - Objection to Deposition Notice

Counsel,

Please see the attached objection to Plaintiff's deposition notice.

Sincerely,

Sam Diehl

**Samuel W. Diehl**
**Managing Partner**

CROSS | CASTLE

o: 612.429.8100       14525 Highway 7, Suite 345
m: 612.432.6514       Minnetonka, MN 55345
                      **www.crosscastle.com**

This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.