# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| VIVORTE, INC., | Case No. 24-cv-1040 (DWF/DLM) |
| Plaintiff, | |
| vs. | **DEFENDANT JAGI GILL'S MOTION TO COMPEL AND TO MODIFY THE SCHEDULING ORDER** |
| JAGI GILL, | |
| Defendant. | |

Pursuant to Rules 37(a)(1) and 16 of the Federal Rules of Civil Procedure, Rules 7.1 and 37.1 of the Local Rules of the United States District Court for the District of Minnesota (the "Local Rules") Defendant Jagi Gill ("Defendant"), by and through counsel, hereby moves the Court for an order:

A. Compelling Plaintiff Vivorte, Inc. ("Plaintiff") to produce all documents related to the Delaware Action, including, without limitation all filings, pleadings, communications with Acumed LLC's counsel or others, deposition and other transcripts, settlement agreements, or other documents responsive to Defendant's Request for Production Nos. 2, 3, 8, and 12;

B. Compelling Plaintiff to produce a Rule 30(b)(6) witness to testify on behalf of Plaintiff in response to Defendant's notice of such deposition on a mutually agreeable time and date on or before January 15, 2025;

C. Compelling Plaintiff to reasonably cooperate in the continuation of the deposition of Mark Wagner or, alternatively, the Court should allow Gill to serve a

subpoena regarding continuation of Wagner's deposition at a mutually agreeable time and date on or before January 15, 2025;

D. Modify the Court's Scheduling Order (Dkt. 20) deadlines to extend the discovery period until January 15, 2025, so that the foregoing discovery may occur, and to likewise adjust the nondispostive motion deadline in this case to January 15, 2025, in the event there are any further motions that arise related to such discovery; and

E. Pursuant to Rules 37(a)(5)(A) of the Federal Rules of Civil Procedure, Defendant moves the Court for an order requiring Plaintiff to pay Defendant's reasonable expenses incurred in making the motion, including attorney's fees.

This Motion is based on all the files, records and proceedings herein, the supporting Memorandum of Law and Declaration filed contemporaneously herewith, and arguments of counsel.

Dated: December 13, 2024     **CROSSCASTLE PLLC**

By: *s/Samuel W. Diehl*
Samuel W. Diehl (#388371)
Christopher R. Johnson (#0402005)
14525 Highway 7, Ste 345
Minnetonka, MN 55345
P: (612) 429-8100
F: (612) 234-4766
sam.diehl@crosscastle.com
christopher.johnson@crosscastle.com

***ATTORNEYS FOR DEFENDANT JAGI GILL***

4903-8103-2454, v. 2